OPINION — AG — ** AMBULANCE SERVICE — DISTRICTS — EMERGENCY TRANSPORTATION ** AN AMBULANCE SERVICE DISTRICT ESTABLISHED PURSUANT TO ARTICLE X, SECTION 9(C) OF THE OKLAHOMA CONSTITUTION HAS THE AUTHORITY TO USE LEVIED FUNDS FOR EMERGENCY AND NONEMERGENCY TRANSPORTATION OF WOUNDED, INJURED OR SICK PERSONS WITHIN DISTRICT. (INJURY COUNTY COMMISSIONERS, SICK, ILLNESS, TRANSPORTATION, FEES, CHARGES) CITE: ARTICLE X, SECTION 9(C) (PATRICIA REDD DEMPS)